**UNITED STATES DISTRICT COURT**
**FOR THE** FILED
**DISTRICT OF CONNECTICUT**

2004 DEC 10 A 10: 55

U.S. DISTRICT COURT
HARTFORD, CT.

```
------------------------------------------------x
```

UNITED STATES OF AMERICA,

                    Plaintiff

VS.                                          CRIMINAL MATTER
                                             NO. 3:03CR-198 (RNC)

ANTONIO MARRERO,                             December 8, 2004

                    Defendant

```
------------------------------------------------x
```

## MOTION TO CONTINUE JURY SELECTION

Defendant Antonio Marrero, in the above captioned criminal matter, through counsel, respectfully moves the Court hereby to continue the date for jury selection in this case from the currently assigned date of Tuesday, December 14, 2004, until the Court's jury selection date during the month of February of 2005.  In support of this motion, the defendant provides as follows:

1.     On November 17, 2004, defendant appeared before the Court, United States Magistrate Judge Donna Martinez, to change his plea in this case and enter a plea of guilty. Very close to the conclusion of the plea proceeding, during that portion of the plea where defendant allocates as to those facts or events that make him guilty of the crime to which he is pleading, defendant responded in a way that made it apparent that he could not continue his plea at that time.

2.     Despite efforts by counsel for the defendant and the government on the day of the guilty plea, it became obvious we would be unable to resurrect the plea at that hearing.

*(left margin, rotated text:)* December 10, 2004. Granted absent objection and upon the filing of a speedy trial waiver by all remaining defendants. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, it is hereby ordered that the period from December 14, 2004 to February 8, 2005 be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).  Jury selection for all remaining defendants is rescheduled to February 8, 2005 at 9:00 a.m.  So ordered.