**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

-----------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff

                                                  CRIMINAL MATTER

VS.                                                 NO. 3:03CR-198 (RNC)

ANTONIO MARRERO,                                January 17, 2005

        Defendant

-------------------------------------------------------x

**MOTION TO CONTINUE JURY SELECTION**

       Defendant Antonio Marrero, in the above captioned criminal matter, through counsel, respectfully moves the Court hereby to continue the date for jury selection in this case from the currently assigned date of February 8, 2005, until April 12, 2005, or the Court's next jury selection date thereafter. In support of this motion, the defendant provides as follows:

       1.    On November 17, 2004, defendant appeared before the Court, United States Magistrate Judge Donna Martinez, to change his plea in this case and enter a plea of guilty. Very close to the conclusion of the plea proceeding, during that portion of the plea where defendant allocates as to those facts or events that make him guilty of the crime to which he is pleading, defendant responded in a way that made it apparent that he could not continue his plea at that time.

       2.    Despite efforts by counsel for the defendant and the government on the day of the guilty plea, it became obvious we would be unable to resurrect the plea at that hearing.

3. Defendant does not want to go to trial in his case and remains resolved to enter a plea of guilty and accept the sentence as it has been explained to defendant it would likely be calculated in his case.

4. Since the time of the change of plea proceeding, counsel for defendant and the government have discussed on more than one occasion how the plea could be taken to accomplish what has been intended in defendant's case. Despite these further efforts to proceed to a guilty plea, the mechanism to get this done has not yet been determined. Defendant believes, in light of the decisions of the United States Supreme Court in *United States v. Booker*, 2005 WL 50108, and *United States v. Fanfan*, 2005 WL 50108 (January 12, 2005), that additional options to dispose of defendant's case may become available.

5. In filing this motion, defendant seeks to continue the current jury selection date from February 8, 2005, until April 12, 2005, or the Court's next jury selection calendar thereafter. In making this motion, it remains the intention of both the defendant and the government to arrange for the defendant's change of plea at the earliest available date that will permit the defendant to understand fully the plea he is entering and accomplish the mission on which defendant set out on November 14, 2004.

6. In seeking and suggesting a jury selection date of April 12, 2005, defendant alerts the Court, in the unlikely event that a guilty plea cannot be negotiated, that both counsel for this defendant and counsel for the government are scheduled to be on trial in another matter known as *United States v. Milton Menafee*, Docket No. 3:04CR-138 (JCH), between March 28, 2005, and April 8, 2005.

7. In filing this motion, defendant asserts that the government has no objection to the granting of the continuance of jury selection in this case and joins in this request.

WHEREFORE, in consideration of all of the foregoing, the defendant respectfully moves that this motion be granted.

DEFENDANT, ANTONIO MARRERO

By:_____
John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468
Telephone (203) 261-1911
Facsimile (203) 268-1433
Fed. Bar No. ct04341

## CERTIFICATION

It is certified hereby that a copy of the foregoing was dispatched via first class mail, postage prepaid, and via facsimile this 17th day of January, 2005, to:

Gordon Hall, Esq.
Asst. United States Attorney
P.O. Box 1824
New Haven, Connecticut 06508-1824

_____
John T. Walkley