UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

     v.                              :       CASE NO. 3:03CR198 (RNC)

ANTONIO MARRERO                   :

CONSENT FORM

The defendant, <u>Antonio Marrero</u>, having applied for permission to enter a plea of guilty, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution to F.R.Crim.P., Rule 11.

CONSENTED TO:

DEFENDANT: _Ramon marrero_     3-7-05
                                                         Date

ATTORNEY FOR DEFENDANT: [signature]     3/7/05
                                                         Date

UNITED STATES ATTORNEY
BY A.U.S.A.: [signature]     3/7/05
                                                         Date