(REF.7, Rev. 11/92)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OR AMERICA          :

      v.                              :          CASE NO. 3:03CR198 (RNC)

ANTONIO MARRERO                   :

### FINDING AND RECOMMENDATION ON A PLEA OF GUILTY

    Following referral of the captioned matter to me by Judge Robert N. Chatigny, with the written consent of the defendant, counsel for the defendant and counsel for the United States, and following a hearing held in open court and on the record, on the basis of the petition the defendant has signed in open court; the certificate of defendant's counsel attached to that petition and also signed in open court; the answers given by the defendant under oath, on the record, and in the presence of counsel; and the remarks of the Assistant United States Attorney, I

    (1)  FIND that the defendant is competent to plead, that defendant knows his/her right to trial, that he/she knows what the maximum possible sentence is, [and what the mandatory minimum sentence or minimum period of supervised release is] [and that the sentencing guidelines apply]; that there is a factual basis for the defendant's plea, [~~that he/she has knowingly and intelligently waived his/her right to proceed by indictment~~;] and that the plea of guilty by this defendant has been knowingly and voluntarily made and not coerced, and



    (2)   RECOMMEND to Judge Chatigny that the defendant's plea of guilty be accepted.

It is so ordered.

ENTERED at Hartford, Connecticut, this 7th day of March, 2005.

                                                  Donna F. Martinez
                                                  United States Magistrate Judge