```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA      :
                              :
        v.                    :    CASE NO. 3:03CR198(RNC)
                              :
ANTONIO MARRERO               :
```

ORDER ACCEPTING THE MAGISTRATE JUDGE'S FINDINGS

    1.  I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made and the recommendation that the defendant's plea of guilty should be accepted.  Accordingly, a finding of guilty will enter forthwith, and the case is referred to the United States Probation Office for the preparation of a Presentence Report.

    2.  The defendant will appear for sentencing on June 3, 2005 at 11:00 A.M. in Courtroom No. 3 of the Annex at the United States Courthouse, 450 Main Street, Hartford, Connecticut.

    3.  The Presentence Report will be disclosed to the defendant, counsel for defendant, and the Government by no later than April 26, 2005.  Counsel will then have five (5) days in which to communicate to the probation officer any objections they may have as to any material information, sentencing classifications, sentencing guideline range, and policy statements in the Report. The second or final version of the Presentence Report must be disclosed to counsel and to the court by May 17, 2005.

4.   The defendant will submit any memorandum in aid of sentencing by no later than May 24, 2005.  The Government will submit any response to the defendant's sentencing memorandum by no later than May 31, 2005.

It is so ordered.

ENTERED at Hartford, Connecticut, this      day of March 2005.

                                                /s/RNC  
                                    Robert N. Chatigny  
                                United States District Judge