**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff

VS.

        CRIMINAL MATTER
        NO. 3:03CR-198 (RNC)

ANTONIO (RAMON) MARRERO,        March 18, 2005

        Defendant

-----------------------------------------------------------x

**MOTION OF DEFENDANT ANTONIO (RAMON)**
**MARRERO TO CONTINUE SENTENCING HEARING**

      Defendant Antonio (Ramon) Marrero, in the above captioned criminal matter, through counsel, respectfully moves the Court hereby to continue the date for the sentencing in the defendant's case from the currently assigned date of Friday, June 3, 2005, until Friday, June 24, 2005, or a date thereafter convenient to the Court. In support of this motion, the defendant provides as follows:

      1.     At the time of Mr. Marrero's guilty plea, the Court, United States Magistrate Judge Donna Martinez, set Friday, June 3, 2005, as the date for sentencing. Since the date of Mr. Marrero's plea, due to scheduling, the transportation of other defendants throughout the District of Connecticut, and the respective calendars of counsel for the defendant and the United States Probation Officer assigned to this case, it has difficult to arrange an initial interview with Mr. Marrero in pursuit of a completed Presentence Report.

2.     Based upon this difficulty and the delay in the presentencing process, it is apparent at this early stage that additional time will be needed to prepare this case for sentencing.

3.     As a result, undersigned counsel for defendant Marrero respectfully moves the Court to continue the date assigned for the sentencing hearing for three weeks from June 3, 2005, until June 24, 2005, or a date thereafter that is convenient for the Court.  In making this request, defendant also asks, on behalf of the Probation Office, that the disclosure dates for the Presentence Report be amended as follows: first disclosure on or before May 17, 2005; comments and objections from the parties by May 24, 2005; and second disclosure on June 7, 2005.  Sentencing Memoranda to be filed by the parties should be filed ten (10) days prior to the new sentencing date of June 24, 2005.

4.     In making this Motion, defendant provides that he has contacted counsel for the government and there is no objection to the Motion or the amendment to the dates as suggested by this Motion.

5.     The is the defendant's first motion to continue the sentencing hearing in this case.  Defendant submits that the continuance requested will neither unreasonably delay the completion of the prosecution of this case, nor unduly prejudice the government in its prosecution.  Any interest in the general public in a sentencing hearing earlier than the date requested by the defendant is outweighed by the interest of the defendant in the continuance requested.

6.     If required, defendant will file his waiver of the applicable time limits within which this sentencing hearing must be conducted.

WHEREFORE, in consideration of all of the foregoing, the defendant respectfully moves that this motion be granted.

        DEFENDANT, ANTONIO MARRERO

By: _____
    John T. Walkley
    450 Monroe Turnpike, Suite 101
    Monroe, Connecticut 06468
    Telephone (203) 261-1911
    Facsimile (203) 268-1433
    Fed. Bar No. ct04341
    jwalkley@johnwalkleylaw.com

## **CERTIFICATION**

It is certified hereby that a copy of the foregoing was dispatched via first class mail, postage prepaid, this 18th day of March, 2005, to:

Gordon Hall, Esq.
Asst. United States Attorney
P.O. Box 1824
New Haven, Connecticut 06508-1824

 

_____
John T. Walkley