March 21, 2005. Granted. The sentencing is hereby rescheduled to July 22, 2005 at 11:00 a.m. So ordered.

Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

          Plaintiff

VS.

ANTONIO (RAMON) MARRERO,

          Defendant

-----------------------------------------------------------x

CRIMINAL MATTER
NO. 3:03CR-198 (RNC)

March 18, 2005

## MOTION OF DEFENDANT ANTONIO (RAMON) MARRERO TO CONTINUE SENTENCING HEARING

    Defendant Antonio (Ramon) Marrero, in the above captioned criminal matter, through counsel, respectfully moves the Court hereby to continue the date for the sentencing in the defendant's case from the currently assigned date of Friday, June 3, 2005, until Friday, June 24, 2005, or a date thereafter convenient to the Court. In support of this motion, the defendant provides as follows:

    1.    At the time of Mr. Marrero's guilty plea, the Court, United States Magistrate Judge Donna Martinez, set Friday, June 3, 2005, as the date for sentencing. Since the date of Mr. Marrero's plea, due to scheduling, the transportation of other defendants throughout the District of Connecticut, and the respective calendars of counsel for the defendant and the United States Probation Officer assigned to this case, it has difficult to arrange an initial interview with Mr. Marrero in pursuit of a completed Presentence Report.