UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

-------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff

VS.

        CRIMINAL MATTER
        NO. 3:03CR-198 (RNC)

ANTONIO (RAMON) MARRERO,        May 23, 2005

        Defendant

-------------------------------------------------------x

## MOTION OF DEFENDANT ANTONIO (RAMON) MARRERO TO CONTINUE SENTENCING HEARING

      Defendant Antonio (Ramon) Marrero, in the above captioned criminal matter, through counsel, respectfully moves the Court hereby to continue the date for the sentencing in the defendant's case from the currently assigned date of Friday, July 22, 2005, until a date thereafter in the month of September convenient to the Court. In support of this motion, the defendant provides as follows:

      1.     At the time of Mr. Marrero's guilty plea, the Court, United States Magistrate Judge Donna Martinez, set Friday, June 3, 2005, as the date for sentencing. Since the date of Mr. Marrero's plea, due to scheduling, the transportation of other defendants throughout the District of Connecticut, and the respective calendars of counsel for the defendant and the United States Probation Officer assigned to this case, it initially was difficult to arrange an initial interview with Mr. Marrero in preparation of the Presentence Report.

2. Based upon the early difficulties and a delay in the presentencing process, it was apparent that additional time would be needed to prepare this case for sentencing. Based upon this early scheduling, defendant Marrero moved the Court by motion dated March 18, 2005, to continue the date assigned for the sentencing hearing. Based upon this motion, the date for sentencing in this case was continued until Friday, July 22, 2005.

3. On or about May 20, 2005, undersigned counsel for defendant Marrero received a telephone call from government counsel advising that the date for sentencing in this case needed to be continued due to a conflict with the current date. As government counsel will not be available for a sentencing hearing the first two weeks of August and defense counsel will not available the third week of August, a new sentencing date in September is requested.

4. In making this request, defendant also asks, on behalf of the Probation Office, that the disclosure dates for the Presentence Report be amended as follows: first disclosure on or before June 17, 2005; comments and objections from the parties by July 1, 2005; and second disclosure on or before July 15, 2005. Any Sentencing Memoranda to be filed by the parties should be filed ten (10) days prior to the new sentencing date assigned in September.

5. In making this Motion, defendant provides that he was contacted by counsel for the government and government counsel joins with defendant in moving the date now assigned for the sentencing hearing until September.

6. The is the defendant's second motion to continue the sentencing hearing in this case. Defendant submits that the continuance requested will neither unreasonably delay the completion of the prosecution of this case, nor unduly prejudice the government in its prosecution. Any interest in the general public in a sentencing hearing earlier than the date requested by the defendant is outweighed by the interest of the defendant in the continuance requested.

7. If required, defendant will file his waiver of the applicable time limits within which this sentencing hearing must be conducted.

WHEREFORE, in consideration of all of the foregoing, the defendant respectfully moves that this motion be granted.

DEFENDANT, ANTONIO MARRERO

By: /s/ John T. Walkley
John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468
Telephone (203) 261-1911
Facsimile (203) 268-1433
Fed. Bar No. ct04341
jwalkley@johnwalkleylaw.com

## CERTIFICATION

It is certified hereby that a copy of the foregoing was dispatched via first class mail, postage prepaid, this 23rd day of May, 2005, to:

Gordon Hall, Esq.
Asst. United States Attorney
P.O. Box 1824
New Haven, Connecticut 06508-1824

_____
John T. Walkley