950

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

-------------------------------------------------------x

UNITED STATES OF AMERICA,

          Plaintiff

VS.

                               CRIMINAL MATTER
                               NO. 3:03CR-198 (RNC)

ANTONIO (RAMON) MARRERO,

                               May 23, 2005

          Defendant

-------------------------------------------------------x

## MOTION OF DEFENDANT ANTONIO (RAMON) MARRERO TO CONTINUE SENTENCING HEARING

     Defendant Antonio (Ramon) Marrero, in the above captioned criminal matter, through counsel, respectfully moves the Court hereby to continue the date for the sentencing in the defendant's case from the currently assigned date of Friday, July 22, 2005, until a date thereafter in the month of September convenient to the Court. In support of this motion, the defendant provides as follows:

     1.    At the time of Mr. Marrero's guilty plea, the Court, United States Magistrate Judge Donna Martinez, set Friday, June 3, 2005, as the date for sentencing. Since the date of Mr. Marrero's plea, due to scheduling, the transportation of other defendants throughout the District of Connecticut, and the respective calendars of counsel for the defendant and the United States Probation Officer assigned to this case, it initially was difficult to arrange an initial interview with Mr. Marrero in preparation of the Presentence Report.

May 25, 2005. Granted. Sentencing is hereby rescheduled to September 23, 2005, at 9:30 a.m. So ordered.