**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**


------------------------------------------------------x

UNITED STATES OF AMERICA,

               Plaintiff                         CRIMINAL ACTION
                                              NO. 3:03CR-198 (RNC)

VS.


ANTONIO MARRERO,                              AUGUST 26, 2005

               Defendant

------------------------------------------------------x


**APPLICATION FOR APPROVAL TO INCUR EXPENSES**
**FOR EXPERT SERVICES**


       Defendant Antonio Marrero, in the above-captioned criminal matter, respectfully applies to the Court hereby, through counsel, pursuant to the provisions of the Criminal Justice Act, for the Court's approval of certain expenses necessary to the representation of the defendant in this case.  The expenses for which approval is requested involve the translation into the Spanish language of the Presentence Report on the defendant in this case. Defendant neither speaks nor reads English and the only way for him to have a meaningful understanding of the Report that has been prepared in his case is through a translated document.  Undersigned counsel for the defendant anticipates that additional translation will be required for addenda to the Presentence Report, cover letters sent by counsel to defendant with case documents, and other records between now and the date of sentencing that require defendant's review and input.

The translation of the documents into the Spanish language is more critical in this case than perhaps it is in others. Mr. Marrero has relatively no education and his reading even in the Spanish language is limited. It is for these reasons that the defendant must have access to documents in his native language so that he might better understand the proceedings against him and to aid him in assisting counsel in the preparation for sentencing in this case.

Whereas counsel for the defendant is not fluent in the written or spoken Spanish language and whereas all of these documents are important to the defendant's understanding of the proceedings at this time in his case, the services of an expert are required. Defendant seeks approval of the Court to incur expenses for translation services up to the amount of $3,000.00. Undersigned counsel for the defendant will make a new application to the Court in the event the expenses begin to approach or exceed the requested amount. Counsel already has used in this case and anticipates using again the services of Maya Gray, who has been previously approved as an interpreter before this and other District Courts.

WHEREFORE, in consideration of the foregoing, defendant requests that his application be granted.

DEFENDANT, ANTONIO MARRERO

By: _____
John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468
Telephone (203) 261-1911
Facsimile (203) 268-1433
Email Address: litigater2@aol.com
Fed. Bar No. ct04341

2

## <u>CERTIFICATION</u>

It is certified hereby that a copy of the foregoing was dispatched via first class mail, postage prepaid, this 26th day of August, 2005, to:


Gordon Hall, Esq.
Asst. United States Attorney
P.O. Box 1824
New Haven, Connecticut 06508-1824

_____
John T. Walkley
