# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

-----------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff

VS.

        CRIMINAL MATTER
        NO. 3:03CR-198 (RNC)

ANTONIO (RAMON) MARRERO,

        September 5, 2005

        Defendant

-----------------------------------------------------x

## MOTION OF DEFENDANT ANTONIO (RAMON) MARRERO TO CONTINUE SENTENCING HEARING

Defendant Antonio (Ramon) Marrero, in the above captioned criminal matter, through counsel, respectfully moves the Court hereby to continue the date for the sentencing in the defendant's case from the currently assigned date of Friday, September 23, 2005, until October 19, 2005, or a date thereafter convenient to the Court. In support of this motion, the defendant provides as follows:

1.     Antonio (Ramon) Marrero is Spanish-speaking and counsel for defendant has forwarded Mr. Marrero's Presentence Report to his interpreter for translation. While the court-approved interpreter has promised to translate the Report as quickly as possible, the Report exceeds 12 pages and is full of content, much of which is legal in nature. After the Spanish version of the Report is completed, counsel needs to send the Report to Mr. Marrero

*(handwritten in left margin):* September 8, 2005. Granted. Sentencing is hereby rescheduled to October 21, 2005 at 11:00 a.m. So ordered. Robert N. Chatigny, U.S.D.J.

*(handwritten top left):* 1001