991

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

---------------------------------------------------x

UNITED STATES OF AMERICA,

    Plaintiff

VS.

ANTONIO MARRERO,

    Defendant

CRIMINAL ACTION
NO. 3:03CR-198 (RNC)

AUGUST 26, 2005

---------------------------------------------------x

## APPLICATION FOR APPROVAL TO INCUR EXPENSES
## FOR EXPERT SERVICES

Defendant Antonio Marrero, in the above-captioned criminal matter, respectfully applies to the Court hereby, through counsel, pursuant to the provisions of the Criminal Justice Act, for the Court's approval of certain expenses necessary to the representation of the defendant in this case. The expenses for which approval is requested involve the translation into the Spanish language of the Presentence Report on the defendant in this case. Defendant neither speaks nor reads English and the only way for him to have a meaningful

---

October 12, 2005.    USA v. Antonio Marrero
                             3:03CR198 (RNC)

Re:  Application for Approval to Incur Expenses for Expert Services [doc. 991]

Denied. The customary expense for a translator will be paid. So ordered.

                                          Robert N. Chatigny, U.S.D.J.