1030



October 20, 2005. Granted. Sentencing is hereby rescheduled to December 5, 2005 at 9:30 a.m.
So ordered.

Robert N. Chatigny, U.S.D.J.

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

------------------------------------------------------x

UNITED STATES OF AMERICA,

           Plaintiff

VS.

ANTONIO (RAMON) MARRERO,

           Defendant

CRIMINAL MATTER
NO. 3:03CR-198 (RNC)

October 19, 2005

------------------------------------------------------x

### MOTION OF DEFENDANT ANTONIO (RAMON) MARRERO TO CONTINUE SENTENCING HEARING

Defendant Antonio (Ramon) Marrero, in the above-captioned criminal matter, through counsel, respectfully moves the Court hereby to continue the date for the sentencing hearing in the defendant's case from the currently assigned date of October 25, 2005, until November 28, 2005, or a date thereafter convenient to the Court. In support of this motion, the defendant provides as follows:

1. On March 7, 2005, defendant Antonio (Ramon) Marrero entered a plea of guilty to Count One of a 26-count Indictment charging him with participation in a conspiracy to possess with the intent to distribute one kilogram or more of heroin. At the time of Mr. Marrero's guilty plea, defendant acknowledged that he was guilty of the offense charged, but that he believed that the drug involved was cocaine, not heroin. Based upon the law as it