UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

-------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff

VS.

        CRIMINAL MATTER
        NO. 3:03CR-198 (RNC)

ANTONIO MARRERO, ET AL,        January 16, 2006

        Defendants

-------------------------------------------------------x

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

        Pursuant to Rule 15 of the Local Rules of Civil Procedure, incorporated into the Local Rules of Criminal Procedure at Rule 1(c), undersigned counsel for defendant Antonio Marrero respectfully moves the Court hereby for leave to withdraw his appearance on behalf of the defendant in this matter. In support of this motion, the undersigned provides as follows:

        1.        On August 4, 2003, the Court appointed undersigned counsel to represent the defendant in this case, *nunc pro tunc* for July 24, 2003. Counsel has continued without interruption to represent the interests of the defendant since that date.

        2.        Undersigned counsel has represented defendant in this case through his change of plea before the Court and in preparation for the sentencing hearing to be conducted in this case. Since October of 2005, when undersigned counsel was attempting to clarify a problem with defendant's guilty plea and the possibility of a new and better plea offer from the government, counsel has encountered great difficulty in communicating with

defendant. Since that time, although counsel has met with defendant at Wyatt Detention Facility on two occasions and has corresponded with defendant regularly, it is clear that defendant no longer listens to counsel concerning legal decisions and has relinquished guidance and control on legal matters to a third party defendant will not identify.

      3.      Undersigned counsel submits that the attorney-client relationship and the trust between counsel and the defendant has broken down to the point that counsel believes he should withdraw from further representation of defendant in this case. Counsel believes that the appointment of new counsel may assist defendant in obtaining the relief he believes he requires and achieving the plea and sentence he feels he is entitled.

      4.      In seeking permission to withdraw, counsel has directed a copy of this motion to defendant and has advised defendant with a letter sent with that motion of the action sought on his behalf.

WHEREFORE, in consideration of the foregoing, undersigned counsel for the defendant respectfully moves that this motion be granted and that he be granted permission to withdraw from the further representation of the defendant in this case.

                MOVANT, JOHN T. WALKLEY
                Counsel for Defendant Antonio Marrero

By: _____
    John T. Walkley
    450 Monroe Turnpike, Suite 101
    Monroe, Connecticut 06468
    Telephone (203) 261-1911
    Facsimile (203) 268-1433
    Email Address: litigater2@aol.com
    Fed. Bar No. ct04341

**CERTIFICATION**

      It is certified hereby that a copy of the foregoing was dispatched via first class mail, postage prepaid, and via facsimile this 16th day of January, 2006, to:

Gordon Hall, Esq.
Asst. United States Attorney
P.O. Box 1824
New Haven, Connecticut 06508-1824

and via overnight mail to:

Mr. Antonio (Ramon) Marrero
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, Rhode Island 02863-1506

 

_____
John T. Walkley