UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA  : | CASE NO. 3:03CR198 (RNC) |
| v.  : | |
| ANTONIO MARRERO  : | |

ORDER APPOINTING COUNSEL

The court hereby appoints Attorney James N. Tallberg to serve as standby counsel for the defendant Antonio Marrero. The appointment of Attorney Tallberg to serve as standby counsel is made in the interest of justice pursuant to 5 U.S.C. § 3109 to protect the integrity and continuity of the proceedings in this case.

The Clerk of court shall cause a copy of this order to be sent to Attorney James N. Tallberg.

It is so ordered.

Dated at Hartford, Connecticut this 19th day of January 2006.

/s/
Robert N. Chatigny
United States District Judge