Ramon Marrero
950 High Street
Central Falls, RI 02863

FILED
2006 JAN 23 P 1:37
U.S. DISTRICT COURT
NEW HAVEN, CT

January 20, 2006

Office of the Clerk
Richard C. Lee United States Court house
141 Church Street
New Haven, Connecticut 06510

RE : UNITED STATE V. RAMON MARRERO
CRIMINAL NO. 3:03CR198 (RNC)

Dear Mr. Clerk.

Greeting. I have recourse to you because I have written to my Lawyer many times and he has not give me a clear answer to my situation pertinent to my case. I entered into a plea agreement with the government, later my attorney, John T. Walkley, sent me copy of motion along with a letter notifying me that he had filed motion to vacate my plea agreement. Afterward, he sent me another letter with another proposed plea agreement. Now he sent me a letter telling me that the first plea was never vacated. So, I want to know the entries of procedures that has been done in my case.

Please, send the the record of procedure of my case to:
Ramon Marrero/Defendant
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

THANK YOU VERY MUCH FOR YOUR ASSISTANCE IN THIS VERY IMPORTANT MATTER.

SINCERELY,

*Ramon marrero*
Ramon Marrero/Defendant

---

February 7, 2006.    USA v. Ramon Marrero
                     3:03CR198 (RNC)

The Clerk will docket this letter. Treating this as a request for a copy of the defendant's docket report, the request is hereby granted. The Clerk will mail a copy of the defendant's docket report to the defendant. So ordered.

Robert N. Chatigny, U.S.D.J.